**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

October 22, 2015

Hon. Sarah Dionne
Guerra and Farah, PLLC
3rd Floor
Houston, TX 77007-5635
* DELIVERED VIA E-MAIL *

Hon. Jose Carlos Macias
The Macias Law Firm
515 Pecan Blvd.
McAllen, TX 78501-2356
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-15-00168-CV
Tr.Ct.No. CL-14-3875-F
Style:    Joe Ernest Lugo, Individually and Loving Touch Adult Daycare, Inc. v. Irene
          Garza

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    County Court at Law No. 6 (DELIVERED VIA E-MAIL)
       Hon. Arturo Guajardo Jr., Hidalgo County Clerk (DELIVERED VIA E-MAIL)
       Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
       (DELIVERED VIA E-MAIL)